1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  DOCK McNEELY,
12          Petitioner,               Civ. S-00-1358 DFL PAN P
13      v.
14  LOU BLANAS,
15          Respondent.               <u>NON-RELATED CASE ORDER</u>
                                   /
16
    DOCK McNEELY,                    Civ. S-00-1508 WBS DAD
17
            Plaintiff,
18
        v.
19
    SACRAMENTO COUNTY, et al.
20
            Defendants.
21                                 /
22  DOCK McNEELY,                    Civ. S-00-2797 DFL PAN P
23          Plaintiff,
24      v.
25  SACRAMENTO COUNTY, et al.
26          Defendants.
                                   /

```
 1  DOCK McNEELY,                          Civ. S-01-2084 EJG GGH P
 2         Plaintiff,
 3       v.
 4  ROY K. SIMMONS, et al.
 5         Defendants.
                                    /
 6
    DOCK McNEELY,                          Civ. S-03-2172 DFL PAN
 7
           Plaintiff,
 8
         v.
 9
    EDWARD BONNER, et al.
10
           Defendants.
11                                  /
12  DOCK McNEELY,                          Civ. S-04-0062 DFL PAN
13         Plaintiff,
14       v.
15  LOU BLANAS, et al.
16         Defendants.
                                    /
17
    DOCK McNEELY,                          Civ. S-04-1215 DFL PAN
18
           Plaintiff,
19
         v.
20
    EDWARD BONNER, et al.
21
           Defendants.
22                                  /
23
24
25
26
```

2

```
 1  DOCK McNEELY,                              Civ. S-05-1401 MCE DAD
 2          Plaintiff,
 3      v.
 4  SACRAMENTO COUNTY, et al.
 5          Defendants.
                                      /
```

A Notice of Related Cases was filed concerning the above-captioned cases on September 27, 2005.  See Local Rule 83-123 (E.D. Cal. 2005).  On review of the cases, the court finds that the cases ought not be related or reassigned.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court. Therefore, they shall not be considered related.

        IT IS SO ORDERED.

DATED: 10/20/2005

_____
DAVID F. LEVI
United States District Judge